**Order entered March 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01127-CV

## IN THE INTEREST OF R.M., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02593-2018**

## ORDER

We **GRANT** appellee Texas Department of Family and Protective Services' March 4, 2019 motion for extension of time to file its brief, and extend the time for filing the brief to **April 3, 2019.**

/s/      DAVID J. SCHENCK
            PRESIDING JUSTICE